Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile

*Attorney for Plaintiff,*
urbanlip.com Ltd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| URBANLIP.COM LTD., <br><br> Plaintiff, <br><br> v. <br><br> DRESS REHEARSAL CORP; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. _____ <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

Plaintiff, urbanlip.com ltd. alleges as follows:

## JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2.     This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant conduct business and reside within the State of Florida Defendant's acts of infringement complained of herein occurred in the State of Florida, and Defendant caused injury to Plaintiff within the State of Florida.

4.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and

established place of business in this judicial district.

## PARTIES

5. Plaintiff urbanlip.com ltd. ("Urbanlip" or "Plaintiff") is a professional media company specializing in health, beauty and fashion imaging.

6. Defendant Dress Rehearsal Corp. ("Defendant Dress Rehearsal") is a Florida corporation with a principal place of business at 1500 North University Drive. Pembroke Pines, Florida 33024.

7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

8. Urbanlip is a professional media company specializing in health, beauty, and fashion imaging.

9. Urbanlip imaging has been featured in advertising and branding campaigns for companies such as the Estee Lauder Group, Avon, Olay, Nivea, Arm & Hammer, Cover Girl, Avon, Time Inc., Conde Nast, and Walmart.

10. Urbanlip is the rights holder to an original photograph (the "Image") of three women on a night out in London.

11. A true and correct of the Image is attached hereto as Exhibit A.

12. The Image is registered with the United States Copyright Office under registration number VA 2-031-180 with an effective registration date of February 10, 2017.

13. Defendant Dress Rehearsal is retail outlet that specializes in tuxedo rental, wedding dresses, prom dresses, formal and party wear, and garment alteration.

14. Defendant Dress Rehearsal is the owner and operator of the website https://www.dressrehearsal-formalaffairs.com/ ("Defendant's Website"), which is uses to advertise its business.

15. On or about January 2019, Urbanlip discovered the Image being used on a page of Defendant's Website advertising evening dresses.

16. Attached hereto as Exhibit B is a true and correct screenshot of the page on Defendant's Website featuring the Image. *See also* https://www.dressrehearsal-formalaffairs.com/evening-dresses.

17. Urbanlip had no record of issuing a license or otherwise granting Defendant Dress Rehearsal permission to use the Image.

18. After discovering the infringement PicRights, a third party intellectual property management company, sent correspondence to Defendant on Urbanlip's behalf.

19. On or about February 20, 2019 PicRights sent a cease and desist letter via US mail and email to Defendant alerting them to the infringement, but received no response.

20. On or about March 15, 2019, PicRights sent additional correspondence to Defendant, but again received no response.

21. On or about April 11, 2019, PicRights again sent correspondence to Defendant, but received no response.

22. On or about May 2, 2019, PicRights again sent additional correspondence but did not receive a response.

23. On or about May 22, 2019, a representative from PicRights was able to reach the owner of Defendant by telephone. The PicRights representative alerted Defendant's owner to the infringement. Defendant's owner stated that he would "look in to it" and hung up.

24. On of about May 29, 2019, PicRights sent final correspondence to Defendant, but received no response.

25. Despite the numerous correspondence sent to Defendant, as of the date of this Complaint, the Image is still being displayed on the page of Defendant's Website advertising evening dresses.

26. Attached hereto as Exhibit C is a true and correct time stamped screenshot showing the Image on Defendant's Website. *See also* https://www.dressrehearsal-formalaffairs.com/evening-dresses.

27. On information and belief, Defendant's conduct is willful because it knew that it did not have permission to use the Image and it willfully ignored the numerous correspondence directed to Defendant altering it to its unauthorized use of the Image.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq.*

28. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

29. Plaintiff did not consent to, authorize, permit, or allow in any manner the distribution or public display of the Image by Defendant on Defendant's Website.

30. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, because, *inter alia*, Defendant knew that it did not have the right to use Image and willfully ignored the correspondence sent to it alerting it to the infringement.

31. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per infringement pursuant to 17 U.S.C. § 504(c).

32. As a result of the Defendant's violations of Title 17 of the U.S. Code, the

court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

33.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of its copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Image by copying and displaying without a license or consent;

- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an order pursuant to 17 U.S.C. § 502(a) enjoining Defendant from any infringing use of any of Plaintiff's works;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For pre judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: July 3, 2019                             Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Attorney for Plaintiff*