UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61657-SMITH

URBANLIP.COM LTD.,

    Plaintiff,

v.

DRESS REHEARSAL CORP, *et al*,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment (ECF No. 11), in favor of Plaintiff urbanlip.com ltd. and against Defendant Dress Rehearsal Corp. Plaintiff brought this suit against Defendant for infringing upon the copyright of Plaintiff's copyrighted image by impermissibly displaying it on Defendant's company website. *See* ECF No. 11-1, Ex. C. Defendant has not made an appearance in this matter. The Clerk of the Court entered a default on August 8, 2019 (ECF No. 10). In the present motion, Plaintiff seeks entry of final default judgment and an award of $15,000 in statutory damages, $3,500 in attorney's fees, $465 in costs, and permanent injunctive relief. The Court has carefully reviewed the motion and the record as a whole.

A "defendant, by his default, admits the plaintiff's well pleaded allegations of fact" as set forth in the complaint. *Eagle Hosp. Physicians, LLC., v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). Following the entry of a default judgment, final judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure may be entered if there is a sufficient basis in the

pleadings to support the relief sought. *Tyco Fire & Sec., LLC., v. Alcocer*, 218 F.App'x 860, 863 (11th Cir. 2007).

Accepting the well-pleaded allegations of the Complaint as true, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment (ECF No. 11) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58, a Final Default Judgment in favor of Plaintiff and against Defendant shall follow by separate order.

2. Plaintiff has established the elements of its copyright infringement claim and is entitled to recover statutory damages under 17 U.S.C. § 504(c). Specifically, pursuant to 17 U.S.C. § 504(c)(2), the Court in its discretion may increase an award for statutory damages up to $150,000 if the infringement is committed willfully. Awards of statutory damages within the permissible range are in the complete discretion of the court and are made in an amount "as the court considers just." 17 U.S.C. § 504(c)(1). Upon consideration, the Court awards Plaintiff statutory damages of **$15,000**.

3. Plaintiff is also entitled to attorney's fees and costs as the prevailing party, pursuant to 17 U.S.C. § 505 ("the court in its discretion may allow the recovery of full costs by or against any party . . . the court may also award reasonable attorney's fees to pay the prevailing party as part of the costs."). Having reviewed Plaintiff's proffered declaration of counsel (ECF No. 11-2), the Court awards Plaintiff **$3,500** in attorney's fees and **$465** in costs.

4. Finally, Plaintiff is entitled to permanent injunctive relief under 17 U.S.C. § 502(a). "Injunctions are regularly issued pursuant to the mandate of section 502 because the public interest is the interest in upholding copyrighted protection." *Arista Recordings, Inc. v. Beker Enters., Inc.*,

298 F.Supp 2d 1310, 1314 (S.D. Fla. 2003) (internal citations omitted). Accordingly, the Court hereby enters a permanent injunction restraining and enjoining Defendant and its employees, agents, representatives, attorneys, and all persons acting or claiming to act on its behalf or under its direction or authority, and all persons acting in concert or in participation with it, against unauthorized use of Plaintiff's copyrighted image.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of December 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record
Defendant Dress Rehearsal Corp.